

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Brian Luke Jacobs,

\* From the 29th District Court
of Palo Pinto County,
Trial Court No. 17310.

Vs. No. 11-23-00269-CR

\* August 14, 2025

The State of Texas,

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment in the section entitled "Statute for Offense" to replace "Penal Code" with "Health & Safety Code." As modified, we affirm the judgment of the trial court.